UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MATILDA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.  4:23-CV-00193-SEB-KMB |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED this __20th__ day of __May_____ 2024.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF